IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID CURTIS JOHNSON**                                                                **PLAINTIFF**

**VS.**                                                                                         No. 3:08-CV-00632-CWR-FKB

**TOMMY HANKINS, ET AL.**                                                              **DEFENDANTS**

**ORDER**

This cause is before the Court on the objection of plaintiff David Curtis Johnson [docket no. 109] to the magistrate judge's report and recommendation entered on November 2, 2011. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate F. Keith Ball entered on or about November 2, 2011, be, and the same is hereby, adopted as the finding of this court.

SO ORDERED this 8th day of December, 2011.

/s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE